IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRIAN K. HUDDLESTON                                          PLAINTIFF

V.                                    NO.  12-3057

CAROLYN W. COLVIN, Commissioner
Social Security Administration                              DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the

Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The**

**parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this August 22, 2013.


*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge


+


Page -1-